to keep counsel within proper bounds. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHARLES C. PATTERSON, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GENEVIEVE STEWART LIPPINCOTT, an Infant, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SAMUEL ADAMS, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict as to the defendant's negligence was against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MORRIS STURNER and Another, Appellants, v. DELAWARE PROPERTIES, INCORPORATED, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

PEOPLES BANK OF HAMBURG, N. Y., Appellant, v. C. L. GATES, INCORPORATED, Defendant, and COLUMBIA CASUALTY COMPANY, Respondent.*— Judgment affirmed, with costs. All concur, except Crouch and Thompson, JJ., who dissent and vote for reversal on the law. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ROSE R. GIFFORD, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Crouch and Thompson, JJ., who dissent and vote for reversal on the facts because of the misconduct of plaintiff's counsel. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOHN K. GIFFORD, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Crouch and Thompson, JJ., who dissent and vote for reversal on the facts because of the misconduct of plaintiff's counsel. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ADOLPH SCHRADER, Respondent, v. JAMES HINCHEY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FREDRIC D. SCANDLING, Respondent, v. D'ARCY WELLER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HELEN M. SCANDLING, Respondent, v. D'ARCY WELLER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HELEN C. SCANDLING, Respondent, v. D'ARCY WELLER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOHN D. SCANDLING, by His Guardian ad Litem, FREDRIC D. SCANDLING, Respondent, v. D'ARCY WELLER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

---

* Affd., 258 N. Y. 561.